# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEIKH MBOUP,<br>E.A. INTERNATIONAL LLC,<br>ACTIVE MEDIA SERVICES, INC., and<br>XYZ CORPORATIONS,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01158-TWT |

## ACKNOWLEDGEMENT OF SERVICE OF PROCESS

Service of the Summons and Complaint in the above-captioned action is hereby acknowledged and accepted on behalf of Defendant Active Media Services, Inc. on this 20th day of March, 2023. Defendant Active Media Services, Inc. waives any further service of process, but preserves any and all other defenses to this matter.

Respectfully submitted this 20th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　/s/ Alexandra S. Peurach
　　　　　　　　　　　　　　　　　　　　　　Alexandra S. Peurach
　　　　　　　　　　　　　　　　　　　　　　alex.peurach@alston.com
　　　　　　　　　　　　　　　　　　　　　　Kaylan Meaza
　　　　　　　　　　　　　　　　　　　　　　kaylan.meaza@alston.com

　　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　　One Atlantic Center

1201 West Peachtree Street NE
Suite 4900
Atlanta, GA 30309-3424
 (404) 881-7000 (phone)
 (404) 881-7777 (facsimile)

*Attorneys for Defendant*
*Active Media Services, Inc.*