# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDIBLE ARRANGMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHEIKH MBOUP, <br> E.A. INTERNATIONAL, LLC, <br> ACTIVE MEDIA SERVICES, INC., <br> and <br> XYZ CORPORATIONS #1-4, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:23-CV-01158-TWT |

## ORDER ON EDIBLE ARRANGEMENTS, LLC'S MOTION FOR LEAVE TO FILE AN ANSWER TO CHEIKH MBOUP'S COUNTERCLAIMS

**THIS MATTER** having come before the Court upon Plaintiff Edible Arrangements, LLC's Motion for Leave to File an Answer to Cheikh Mboup's Counterclaims, the Court having considered such motion, and for good cause shown;

**IT IS ORDERED** that Plaintiff's Motion is hereby GRANTED; and it is further **ORDERED** that Plaintiff shall file the Answer attached as Exhibit A to Plaintiff's Motion by April 12, 2024.

So Ordered this __5th__ day of __April__, 2024.

_____
The Honorable Thomas W. Thrash
Judge, U.S. District Court
Northern District of Georgia

2