# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CHEIKH MBOUP,<br>E.A. INTERNATIONAL LLC,<br>ACTIVE MEDIA SERVICES, INC., and<br>XYZ CORPORATIONS #1–4,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO: 1:23-CV-01158-TWT |

**PLAINTIFF EDIBLE ARRANGEMENTS, LLC'S, AND DEFENDANT ACTIVE MEDIA SERVICES, INC.'S, <u>AMENDED JOINT STIPULATION OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff Edible Arrangements, LLC ("Edible") and Defendant Active Media Services, Inc. ("Active"), through their undersigned counsel, stipulate to the voluntary dismissal of all claims and counterclaims asserted against each other in the above-styled case without prejudice.

Specifically, Edible and Active stipulate as follows:

1. Edible and Active have settled the claims and counterclaims asserted against each other in this case.

2. The settlement requires that the claims and counterclaims Edible and Active have asserted against each other in this case be dismissed without prejudice.

3. The following claims asserted by Edible against Active are dismissed without prejudice as to Active (but not as to the remaining defendants): Count Three (Aiding and Abetting Breach of Fiduciary Duties), Court Four (Theft of Personal Property), Count Five (Money Had and Received), Count Six (Fraud & Fraudulent Concealment), Count Seven (Civil Conspiracy), Count Eight (Breach of Contract), and Count Nine (Attorney's Fees and Expenses of Litigation). (*See* Compl., Dkt. No. 1, ¶¶ 80-116).

4. Edible's claims against the other defendants in the above styled case (including the claims listed above in paragraph 3, to the extent they have been asserted against the other defendants) shall remain pending.

5. Active's July 12, 2023 Counterclaim against Edible is dismissed without prejudice. (*See* Defendant Active Media Services, Inc.'s Counterclaim, Dkt. No. 38).

6. Edible and Active shall each bear their own respective attorneys' fees, expenses, and costs.

Respectfully submitted this 5th day of February, 2025.

*/s/ Matthew T. Parrish*
**Richard L. Robbins (GA 608030)**
rrobbins@robbinsfirm.com
**Jason S. Alloy (GA 013188)**
jalloy@robbinsfirm.com
**Matthew T. Parrish (GA 558262)**
mparrish@robbinsfirm.com
**Catherine C. Sullivan (GA 957620)**
csullivan@robbinsfirm.com
**Ryan Read (GA 471916)**
rread@robbinsfirm.com
**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**
500 14th Street, NW
Atlanta, Georgia 30318
Tel: (678) 701-9381

/s/ *Kevin L. Ward*
*\*with express permission*
**Kevin L. Ward (GA 737020)**
k.ward@swtwlaw.com
**Andrea L. Pawlak (GA 152541)**
a.pawlak@swtwlaw.com
**Christopher J. Williams (GA 554092)**
c.williams@swtwlaw.com
**SCHULTEN WARD TURNER & WEISS, LLP**
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
Tel: (404) 688-6800

*/s/ Alexandra Peurach*
*\*with express permission*
**Alexandra S. Peurach (GA 451333)**
alex.peurach@alston.com
**Kaylan M. Meaza (GA 209159)**
kaylan.meaza@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street NE
Suite 4900
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

/s/ *Tricia P. Hoffler*
*\*with express permission*
**Tricia P. Hoffler (GA 666951)**
**The CK Hoffler Firm**
247 Lenox Pointe N.E.
Atlanta, Georgia 30324
Tel: (404) 263-0201
Fax: (404) 263-0202
ck@ckhofflerfirm.com

*/s/ Donald Franklin Samuel*
*\*with express permission*
**Donald Franklin Samuel**
**Garland, Samuel & Loeb, P.C.**
3151 Maple Drive, N.E.
Atlanta, Georgia 30305-2503
Tel: (404) 262-2225
Fax: (404) 365-5041
dfs@gsllaw.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

*/s/ Matthew T. Parrish*
Matthew T. Parrish

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I electronically filed the foregoing **PLAINTIFF EDIBLE ARRANGEMENTS, LLC'S, AND DEFENDANT ACTIVE MEDIA SERVICES, INC.'S, AMENDED JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all attorneys of record.

This 5th day of February, 2025.

*/s/ Matthew T. Parrish*
Matthew T. Parrish
