**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

EDIBLE ARRANGEMENTS, LLC,

     Plaintiff,

v.

CHEIKH MBOUP,
E.A. INTERNATIONAL LLC,
and XYZ CORPORATIONS,

     Defendants.

CIVIL ACTION FILE

NO. 1:23-CV-01158-TWT

**PLAINTIFF EDIBLE ARRANGEMENTS, LLC's
AMENDED CORPOPRATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

Under Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, Plaintiff Edible Arrangements, LLC ("Edible") submits this Corporate Disclosure Statement and Statement of Interested Persons in the form required by Local Rule 3.3.

1.    The undersigned counsel of record for Edible certifies that the following is a full and complete list of all parties, including proposed intervenors in this action.

        a.    <u>Edible Arrangements, LLC (Plaintiff)</u>: Edible is a Delaware limited liability company. Its sole member is Edible Brands, LLC, a single member limited liability company. Both Edible

-1-

and Edible Brands, LLC are privately owned;

    b.    Cheikh Mboup (Defendant);

    c.    E.A. International, LLC (Defendant): E.A. International LLC is a privately held company and does not appear to have a parent corporation;

2.    The undersigned certifies that Edible knows of the following persons, associations firms, partnerships or corporations having either a financial interest or other interest which could be substantially affected by the outcome of the case:

    a.    Edible Brands, LLC: The sole member of Edible.

    b.    Hiscox Insurance Company, Inc. ("Hiscox").

3.    The undersigned certified that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a.    Robbins, Alloy, Belinfante, Littlefield, LLC (Edible's Counsel);

    b.    Jason S. Alloy (Edible's Counsel);

    c.    Matthew T. Parrish (Edible's Counsel);

    d.    Catherine C. Sullivan (Edible's Counsel);

    e.    Ryan H. Read (Edible's Counsel);

    f.    Schulten Ward Turner & Weiss, LLP (Mboup and E.A. International's Counsel);

g.    Andrea L. Pawlak (Mboup and E.A. International's Counsel);

h.    Kevin L. Ward (Mboup and E.A. International's Counsel);

i.    Christopher J. Williams (Mboup and E.A. International's Counsel);

j.    The CK HOFFLER FIRM (Mboup and E.A. International's Counsel);

k.    Tricia P. Hoffler (Mboup and E.A. International's Counsel);

l.    Garland, Samuel, & Loeb, P.C. (Mboup and E.A. International's Counsel);

m.    Donald F. Samuel (Mboup and E.A. International's Counsel).

4.    The undersigned further certifies that Edible, the party on whose behalf this certificate is filed, is a citizen of Georgia and Connecticut. Edible is a Delaware limited liability company. Its sole member is Edible Brands, LLC, a single member limited liability company. Edible Brands, LLC's sole member is Edible Holdings, Inc., f/k/a TKF Holdings, Inc., a corporation incorporated in Delaware with its principal place of business at 980 Hammond Drive, Atlanta, Georgia 30328, in Fulton County, Georgia.

Submitted this 9th day of April, 2025.

/s/ *Jason. S. Alloy*
Jason S. Alloy
Georgia Bar No. 013188
jalloy@robbinsfirm.com
Matthew T. Parrish
Georgia Bar No. 558262
mparrish@robbinsfirm.com
Catherine C. Sullivan
Georgia Bar No. 957620
csullivan@robbinsfirm.com
Ryan Read
Georgia Bar No. 471916
rread@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Attorneys for Plaintiff*
*Edible Arrangements, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2025, I served the foregoing **PLAINTIFF EDIBLE ARRANGEMENTS, LLC's AMENDED CORPOPRATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** by filing the same via the Court's CM/ECF efiling system which will send notification of this filing via email on the following counsel of record:

Andrea L. Pawlak, Esq.
a.pawlak@swtwlaw.com
Kevin L. Ward, Esq.
k.ward@swtwlaw.com
Christopher J. Williams, Esq.
c.williams@swtwlaw.com
Schulten Ward Turner & Weiss, LLP
260 Peachtree St. NW, Suite 2700
Atlanta, Georgia 30303

Tricia P. Hoffler
ck@ckhofflerfirm.com
THE CK HOFFLER FIRM
27 Lenox Pointe NE Atlanta,
Georgia 30324

Donald F. Samuel
dfs@gsllaw.com
Garland, Samuel, & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305

*Attorneys for Cheikh Mboup &
E.A. International LLC*

/s/ *Jason S. Alloy*
Jason S. Alloy

-5-